UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE R. BALDERAS, on behalf of herself and all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC and ENVEE ESTEP ENTERPRISE, INC. dba MASSAGE ENVY OF ALAMEDA TOWNE CENTRE; and DOES 1 TO 10, inclusive,<br><br>Defendants. | CASE NO. 3-12-cv-06327-NC<br><br>**CLASS ACTION**<br><br>**ORDER APPROVING JOINT STATUS REPORT (MODIFIED BY COURT)** |

Based upon the Joint Status Report submitted by the parties, and good cause therein,

**IT IS HEREBY ORDERED THAT** the November 15, 2013 Deadline to Disclose Any Experts to be Used for Class Certification [DKT 32] is hereby vacated.

**IT IS HEREBY ORDERED THAT** the December 13, 2013 Deadline to file Moving Papers re Motion for Class Certification [DKT 32] is hereby vacated.

**IT IS HEREBY ORDERED THAT** the January 24, 2014 Deadline to file Opposition Papers re Motion for Class Certification [Dkt 32] is hereby vacated.

**IT IS HEREBY ORDERED THAT** the February 14, 2014 Deadline to file Reply Papers re Motion for Class Certification is hereby vacated.

1  **IT IS FURTHER ORDERED THAT** the March 5, 2014, hearing date on Plaintiff's
2  Motion for Class Certification set forth in the Court's September 4, 2013, Order [DKT 32] is
3  hereby VACATED.
4  **IT IS FURTHER ORDERED THAT** Plaintiff shall file a Motion for Preliminary
5  Approval on December 6, 2013.
6  **IT IS FURTHER ORDERED THAT** the hearing on Plaintiff's Motion for Preliminary
7  Approval is set for January 15, 2014 in Courtroom A – 15th Floor.

9  **IT IS SO ORDERED.**

11  Dated: November 12, 2013

_____
HONORABLE NATHANAEL COUSINS
United States Magistrate Judge