1  LUANNE SACKS (SBN 120811)
   lsacks@srclaw.com
2  HOPE ANNE CASE (SBN 157089)
   hcase@srclaw.com
3  SACKS, RICKETTS & CASE LLP
   177 Post Street, Suite 650
4  San Francisco, CA 94108
   Phone: (415) 549-0580
5  Fax: (415) 549-0640
6
   *Attorneys for Defendant*
7  *Massage Envy Franchising, LLC*

   Kathryn S. Landman Bain (SBN 260465)
   (kbain@bmdlegal.com)
   Laura M. Mazza (SBN 259133)
   (lmazza@bmdlegal.com)
   BAIN MAZZA & DEBSKI LLP
   951 Mariners Island Blvd., Ste. 300
   San Mateo, CA 94404
   Telephone: (650) 378-1472
   Facsimile: (650) 763-3933

   *Attorneys for Plaintiff and the Class*

8  MONIQUE OLIVIER (SBN 190385)
   monique@dplolaw.com
9  DUCKWORTH PETERS
   LEBOWITZ OLIVIER LLP
10 100 Bush Street, Suite 1800
   San Francisco, CA 94104
11 Phone: (415) 433-0333
   Fax: (415) 449-6556
12
13 *Attorneys for Plaintiff and the Class*

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| YVETTE R. BALDERAS, on behalf of herself and all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC; and DOES 1 TO 10, inclusive,<br><br>Defendants. | CASE NO. 3-12-cv-06327-NC<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff Yvette R. Balderas ("Balderas") and Defendant Massage Envy Franchising, LLC ("MEF") (collectively, Balderas and MEF are referred to as "the Parties") hereby stipulate and agree as follows:

- 1 -
JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING & HEARING SCHEDULE FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 3-12-cv-06327-NC

1  WHEREAS, the Parties agreed to extend the current December 8, 2014, deadline for Class
2  members to submit a claim form or request to be excluded from or object to the proposed Class
3  Action Settlement to allow the Class members an additional 45 days to submit a claim form or
4  request to be excluded from or object to the proposed Class Action Settlement;

5  WHEREAS, the Parties agreed that the Settlement Administrator shall send out via first
6  class U.S. mail a reminder postcard notice to the Class members reminding them of their rights
7  under the proposed Class Action Settlement and advising them that the December 8, 2014,
8  deadline for them to submit a claim form or request to be excluded from or object to the proposed
9  Class Action Settlement has been extended until January 22, 2015;

10  WHEREAS, within two (2) business days of an order approving this stipulation, the
11  Settlement Administrator shall send out via first class U.S. mail a reminder postcard notice to the
12  Class members, who previously received direct notice but from whom the Settlement
13  Administrator has not received a claim form, reminding them of their rights under the proposed
14  Class Action Settlement and that the December 8, 2014, deadline for them to submit a claim form
15  or request to be excluded from or object to the proposed Class Action Settlement has been extend
16  until January 22, 2015; and

17  WHEREAS, the Parties accordingly jointly request that the September 5, 2014 Order
18  [Dkt. 65] be modified as follows: (1) the December 23, 2014, deadline for filing a joint motion
19  for final approval and the Settlement Administrator's declaration of due diligence be extended
20  until February 11, 2015; (2) the December 23, 2014 deadline for filing plaintiff's motion for class
21  representative fee payment and class counsel fees and expenses payment be extended until
22  January 8, 2015; and (3) the January 14, 2015, final approval hearing be vacated and rescheduled
23  for March 4, 2015, or a date thereafter that is available on the Court's calendar;

Respectfully submitted,

December 3, 2014                    SACKS, RICKETTS & CASE LLP

/s/*Luanne Sacks*
LUANNE SACKS
Attorneys for Defendant
Massage Envy Franchising, LLC

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING & HEARING SCHEDULE
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 3-12-cv-06327-NC

| | | |
|---|---|---|
| December 3, 2014 | | DUCKWORTH PETERS LEBOWITZ OLIVIER LLP |
| | | /s/*Monique Olivier* |
| | | MONIQUE OLIVIER |
| | | Attorneys for Plaintiff and the Class |
| December 3, 2014 | | BAIN MAZZA & DEBSKI LLP |
| | | /s/*Kathryn S. Landman Bain* |
| | | KATHRYN S. LANDMAN BAIN |
| | | Attorneys for Plaintiff and the Class |

I, Luanne Sacks, am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation and [Proposed] Order Regarding Briefing and Hearing Schedule for Final Approval of Class Action Settlement. I hereby attest that the above-referenced signatories to this stipulation have concurred in this filing.

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION,

IT IS HEREBY ORDERED that the Court's September 5, 2014 Order [Dkt. 65] be modified extending the December 23, 2014 deadline until February 11, 2015 for (i) the Parties to file a joint motion for final approval and (ii) the settlement administrator to file a declaration of due diligence.

IT IS FURTHER ORDERED that the Court's September 5, 2014 Order [Dkt. 65] be modified extending the December 23, 2014 deadline until January 8, 2015 for plaintiff to file a motion for class representative fee payment and class counsel fees and expenses.

IT IS FURTHER ORDERED that the January 14, 2015, Final Approval Hearing [Dkt. 65] is hereby vacated and rescheduled for March 4, 2015, at 1:00 p.m, in Courtroom A, 15th Floor, San Francisco.

Dated: December 4, 2014

By: _____
Hon. Nathanael M. Cousins
United States Magistrate Judge

[GRANTED — Judge Nathanael M. Cousins]

- 3 -
JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING & HEARING SCHEDULE
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 3-12-cv-06327-NC